

# Manchester Police Department
405 Valley St, Manchester, NH 03103

Case Number: 22-015580

## Officer(s):

| Officer: | Involvement Date: | Involvement Type: |
|---|---|---|
| Biery, Austin 100584 | 09/29/2022 17:13:00 | REPORT::Reporting |

## Event Details:

| Date / Time Reported: | Start Date / Time: | End Date / Time: |
|---|---|---|

Location of Incident:

, ,

## Narrative

**BIERY- SUSPECT ARRESTED- 09292022**

Case: 22-015580
Criminal Threat
09/29/2022
Detective Biery

On 09/29/2022, I learned that the suspect of this case, Leo Cullinan, had been arrested by members of the Manchester Police Department Special Enforcement Division- Street Crime Unit. Upon learning of his arrest, I traveled to the booking portion of the Manchester Police Department, where I attempted to speak with Leo.

Upon opening his cell, I identified myself and asked if he would be interested in speaking with me. Leo stated he was not going to leave the cell and stated "do I look like someone who talks to cops?". Upon learning that he did not wish to speak with me, I re-secured his cell.

I subsequently completed a Gerstein Affidavit for his three counts of Criminal Threatening, and placed a preventative detention on Leo, based on the substantial risk he posed to the victims of this case. Sgt Donahue, a Justice of the Peace, signed the Gerstein Affidavit, and approved Leo to be transported to the Valley Street Jail.

This case will be listed as closed unless further information becomes available, or unless Leo decides to provide a statement.



**Manchester Police Department**
405 Valley St, Manchester, NH 03103

Case Number: 22-015580

Montoya in fear for his safety as Cullinan on several occasions had verbally threatened physical violence against CMC security staff members, and as on this occasion, Cullinan did follow and eventually intimidate Montoya based on his physical conduct.

After speaking with Montoya, I provided him my phone number and asked him to provide it to Steven Sage, Alberto Oyola, James Deroche, and Edward Wells, all CMC security officers who I was unable to reach based on prior attempts or lack of contact information in the prior reports generated. Montoya agreed and stated that he would provide my phone number to them, and would request that the call me as soon as possible.

At approximately 1920 hours, I was able to speak with CMC security Officer Alberto Oyola (DOB 06/26/1996), who provided me with his account of the incident. He informed me that he was working approximately two Saturdays prior when Leo Cullinan was removed from the CMC Hospital. He stated that the following Saturday (09/10/2022), he was on duty at the CMC when he received a phone call from an unknown male at the time. According to Oyola, the conversation lasted for a period of time, and consisted primarily of the unknown male asking about Steven Sage's whereabouts, but later escalated to the male demanding video surveillance from the emergency department. Oyola later asked if the male on the line was Leo, to which he stated "yeah its Leo". During this conversation, Leo challenged Oyola to meet him outside, and further warned Oyola by stating "I'm watching you". Oyola stated that he informed Leo that him being removed from the hospital was justified, and that he had better things to do at work than argue with Leo over the phone. Oyola later discontinued the phone conversation after failed attempts to speak with Leo. When asked if this interaction, and the vague threats specifically in conjunction with his knowledge of Leo and the courses of conduct, placed him in fear for his safety or made him feel concern for his safety, he stated "It does". Oyola had nothing further for me, and was asked to notify his other coworkers to contact me as soon as possible. Based on the aforementioned information, probable cause was established that Leo Cullinan did by physical conduct, place Oyola in fear for his safety as Cullinan on several occasions had verbally threatened physical violence against CMC security staff members, and as on this occasion, Cullinan did follow and eventually intimidate Oyola based on his physical conduct and verbal threats made over phone call.

Case continues.

MPD CASE # 22-015580

# State of New Hampshire
# Supporting Affidavit for Arrest W/O Warrant

Hillsborough County

Furthermore, Leo Cullinan is to be held on preventative detention based on the fact that he poses a significant risk and a substantial danger to others should he be immediately released. In recent weeks, Leo Cullinan was removed from the Catholic Medical Center due to belligerent behavior, and as a result, initiated a course of conduct which served no purpose but to terrorize numerous members of the Catholic Medical Center. Leo on several occasions, placed phone calls to staff, demanding personal information for other workers while making passive aggressive threats towards them. Furthermore, Leo Cullinan followed security staff members around in their work vehicle, pulling over to confront them on several occasions.

Based on the severity of his conduct, Catholic Medical Center workers became so fearful to arrive at work, that they began hiring Manchester Police Officers for security details. Furthermore, the CMC reported that several members of the security staff had begun calling out sick, suspected of doing so out of fear of arriving at work to have a confrontation with Leo Cullinan. It should further be noted that at least one member of Catholic Medical Center staff reported seeing a truck outside his personal residence, which resembled the truck in which Leo drives, and further stated that of three occupants observed inside, one appeared to match characteristics of Leo Cullinan.

All aforementioned information occurred due to the simple fact that Leo was removed from the CMC without treatment due to his behavior. A significant risk exists in that now that Leo has been arrested on charges stemming from the aforementioned, his behavior is likely to not only continue, but to escalate based on the previously stated facts. As a result, Leo will be held on a preventative detention.

_____
(Signature)

Then personally appeared the above named   Biery, Austin
and made oath that the foregoing affidavit by him is true.

Before me on this 29 day of September, 2022

_____
(Signature)

My Commission Expires

Having reviewed the facts contained in this Affidavit, the Court makes a finding that probable cause _____ exists/ _____ does not exist to believe that the above named Defendant has committed the felony offenses(s) listed herein.



| | Manchester Police Department | |
|---|---|---|
| | 405 Valley St, Manchester, NH 03103 | Case Number: 22-015580 |

### Narrative

**LANGTON-ARREST WARRANT ACTIVE-09/25/2022**

\*\*\*ARREST WARRANT ACTIVE\*\*\*

At approximately 0715hrs I (Det. Langton) was assigned to the domestic violence unit when I spoke with Sgt. Brown about getting the arrest warrant reviewed for this case. Ofc. Dias drafted an arrest warrant for the male in this case. He is identified as:

Leo Cullinan

03/31/88

14 Country Club Dr. #25

Manchester NH

Charging him with one count NH RSA 633:3 Stalking

At 0805 I called the after hours number for the court to send me a link to upload the arrest warrant.

At 0836 I received the upload link from the court.

At 0852hrs I spoke with Honorable Judge McLeod and advised him of the circumstances surrounding the arrest warrant and he stated that he wanted the arrest warrant and the complaint. He sent me a new upload link and I sent the PDF with the complaint.

At 0913hrs I received the arrest warrant signed by Honorable Judge McLeod.

I then printed two copies of the signed arrest warrant along with the complaint and brought one to dispatch and left the other with the OIC.

The arrest warrant is attached to this supplemental.

BML-NFI



10/5/2022

Leo Cullinan
14 Country Club Dr.
Unit 25
Manchester, NH 03102

Dear Mr. Cullinan

Thank you again for letting us know about your experience at Catholic Medical Center's Emergency and Security Department on September 3, 2022. It is never our intention for a patient or family member to leave here feeling the way you did. We value patient and family feedback to make sure we provide the best care possible.

A review of your concerns was concluded on October 5, 2022 by both Directors of the Emergency Department and Security Department.

After reviewing your concerns opportunities for better communication between nursing staff and patients were identified. Our department, as well as every other hospital department, is currently engaged in strategic training to improve communications with patients and families. CMC and its employees are working everyday to better improve communication.

Contacting us was beneficial as it allows us to constantly look for ways to improve to ensure our patients and their families have a positive experience with us.

Every grievance Catholic Medical Center receives is thoroughly investigated. It is however within your rights to pursue other processes in which to file a complaint as well if you choose to do so I have attached the information to this letter.

We appreciate you taking the time to share your concerns with us.

Best Regards,

Patient Liaison
Catholic Medical Center

100 McGregor Street   Manchester NH 03102-3770   603.668.3545   CatholicMedicalCenter.org
a member of GraniteOne Health

# Catholic Medical Center
# Adult Medical Record Report

| | | | | |
|---|---|---|---|---|
| Patient Name: **Cullinan, Leo** | | | Gender: Male | Age: 34y |
| MRN: 474908 | Admitted: 09/03/2022 22:44 | DOB: 31-Mar-1988 | Service: Emergency | |
| Visit/Enc ID: 100002848504 | Discharged: 09/04/2022 00:10 | Attending MD: | Alan | |

Location: CMC ED Exam 13

## FLOWSHEETS

### ED Adult Assessment Intervention Flowsheet

| 03-Sep-2022 23:05 | ED Adult Assessment Intervention Flowsheet | , Holli (RN) | Entered: 09/03/2022 23:26 |
|---|---|---|---|

**Nurse Notes**
Nurse Notes :

Electronically Authenticated By:    , Holli (RN)

| 03-Sep-2022 23:00 | ED Adult Assessment Intervention Flowsheet | , Holli (RN) | Entered: 09/03/2022 23:26 |
|---|---|---|---|

**Nurse Notes**
Nurse Notes : Security paged ED from ED parking lot requesting MPD to the scene. Patient threatening staff with physical violence, videoing staff and hospital.

This RN Called MPD.
Nurse Notes :

Electronically Authenticated By:    , Holli (RN)

| 03-Sep-2022 22:50 | ED Adult Assessment Intervention Flowsheet | , Holli (RN) | Entered: 09/03/2022 23:26 |
|---|---|---|---|

**Nurse Notes**
Nurse Notes : Pt went out to the waiting room drank from the water bubbler, vomited all over the floor and into the trash. Pt now wants to be seen.

Patient was taken back into his room, vomited in emesis bag several times, attempted to get patient onto stretcher several times, patient agitated, continuing to state that he needs more time. This RN trying to explain to patient that he needed to be evauated and to do so he needed get onto the stretcher.

Pt then stating "this bitch isnt taking care of me." Patient made aware that that was not an option. Patient yelling, threatening lawsuit. Charge RN at bedside in an attempt to de escalate the patient. After several attempts by RN, Charge RN and security to de escalate the patient who continued to yell/swear and make condesending remarks patient got up and was walked out with security.
Nurse Notes :

Electronically Authenticated By:    , Holli (RN)

| 03-Sep-2022 22:45 | ED Adult Assessment Intervention Flowsheet | , Holli (RN) | Entered: 09/03/2022 23:26 |
|---|---|---|---|

**Nurse Notes**
Nurse Notes : Patient arrives to ED via EMS for evaluation of a head laceration after an altercation at a bar. Pt denies any assault, reports he "fell" but will be refusing to give any more info about the incident. Denies LOC. Pt extremely agitated on arrival, refusing to get off stretcher until he was given water. Pt was offered several times gylcerin swabs and refused. Finally patient moved to ED stretcher and VS were taken.
Pt states that he didn't want to come here, will not answer any questions regarding his accident. Not cooperative with care. Eventually accepted glycerin swabs. Continues to request water, attempted to explain that he needed to be evaluated first, refusing to be evaluated at this time.

Left before being seen d/t not being able to get a glass of water. Security present. Pt a&ox4, walked with steady gait out of department.

```
PARKLAND MEDICAL CENTER        Name: CULLINAN,LEO V
1 PARKLAND DRIVE               Phys: Khairat,Ali MD
DERRY, NH 03038                DOB: 03/31/1988    Age: 34        Sex: M
                               Acct: M63617244611  Loc: M.ERS
Phone #: 603-432-1500          Exam Date: 09/04/2022 Status: REG ER
  FAX #: 603-421-2015          Rad No:                URN: M131245
                               Unit No: M000235058
```

EXAMS:
001323014 CT FACIAL (MAXILLA) WO IV CON

PROCEDURE INFORMATION:
Exam: CT Maxillofacial Without Contrast
Exam date and time: 9/4/2022 12:04 AM
Age: 34 years old
Clinical indication: Injury or trauma Fall Concussion/head injury
Loss of consciousness not known Patient HX: Nasal swelling
Additional info: L temporal hematoma, injury, n/v

TECHNIQUE:
Imaging protocol: Computed tomography of the of the face without
contrast.
Radiation optimization: All CT scans at this facility use at least
one of these dose optimization techniques: automated exposure
control mA and/or kV adjustment per patient size (includes targeted
exams where dose is matched to clinical indication) or iterative
reconstruction.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Orbital cavities: Intraorbital contents appear intact.
Bones/joints: Minimal nasal bone fracture particularly on the left
side without a significant degree of displacement. Minimal nasal
septal deviation, possible nasal septal fracture. Areas of facial,
nasal/perinasal, periorbital, forehead soft tissue swelling.
Paranasal sinuses: Normal. No air-fluid levels.
Soft tissues: See "Bones/joints" finding.

IMPRESSION:
Minimal nasal bone fracture particularly on the left side without a
significant degree of displacement. Minimal nasal septal deviation,
possible nasal septal fracture. Areas of facial, nasal/perinasal,
periorbital, forehead soft tissue swelling.

```
    ** Electronically Signed by Larry S Kessler MD **
    **          on 09/04/2022 at 0037              **
            Reported and signed by: Larry S Kessler, MD
```

PAGE  1                    Signed Report                    (CONTINUED)

PRINTED BY:JBV1041          DATE 12/1/2022

```
PARKLAND MEDICAL CENTER            Name: CULLINAN,LEO V
1 PARKLAND DRIVE                   Phys: Khairat,Ali MD
DERRY, NH 03038                    DOB: 03/31/1988    Age: 34      Sex: M
                                   Acct: M63617244611  Loc: M.ERS
  Phone #: 603-432-1500            Exam Date: 09/04/2022 Status: REG ER
    FAX #: 603-421-2015            Rad No:              URN: M131245
                                   Unit No: M000235058
```

EXAMS:
001323019 CT TRAUMA ABD/PELV NO ORAL W1V

PROCEDURE INFORMATION:
Exam: CT Abdomen And Pelvis With Contrast
Exam date and time: 9/4/2022 2:34 AM
Age: 34 years old
Clinical indication: Abdominal pain Flank On breathing Prior surgery Surgery type: Back Patient HX: SOB Additional info: Trauma, assaulted, kicked/punched in chest/abd

TECHNIQUE:
Imaging protocol: Computed tomography of the abdomen and pelvis with contrast.
Radiation optimization: All CT scans at this facility use at least one of these dose optimization techniques: automated exposure control mA and/or kV adjustment per patient size (includes targeted exams where dose is matched to clinical indication) or iterative reconstruction.
Contrast material: ISO 370 Contrast volume: 100 ml Contrast route: INTRAVENOUS (IV)

COMPARISON:
No relevant prior studies available.

FINDINGS:
Liver: There is diffuse decrease in hepatic parenchymal density, consistent with mild fatty infiltration. No mass.
Gallbladder and bile ducts: Normal. No calcified stones. No ductal dilation.
Pancreas: Pancreas appears normal. No ductal dilatation.
Spleen: Spleen intact. No splenomegaly.
Adrenal glands: Normal adrenal glands.
Kidneys and ureters: Homogeneous enhancement of renal parenchyma. No hydronephrosis.
Stomach and bowel: Unremarkable. No obstruction. No mucosal thickening.
Appendix: Normal appendix.

Intraperitoneal space: No free intraperitoneal gas or ascites.
Vasculature: Unremarkable. No abdominal aortic aneurysm.
Lymph nodes: Unremarkable. No enlarged lymph nodes.
Urinary bladder: Unremarkable as visualized.
Reproductive: Unremarkable as visualized.

Bones/joints: No acute fracture.
Soft tissues: Unremarkable.

IMPRESSION:
No acute findings.

PAGE  1                     Signed Report                    (CONTINUED)


PRINTED BY:JBV1041        DATE 12/1/2022

```
PARKLAND MEDICAL CENTER        Name: CULLINAN,LEO V
1 PARKLAND DRIVE               Phys: Khairat,Ali MD
DERRY, NH 03038                DOB: 03/31/1988   Age: 34     Sex: M
                               Acct: M63617244611   Loc: M.ERS
 Phone #: 603-432-1500         Exam Date: 09/04/2022 Status: REG ER
   FAX #: 603-421-2015`        Rad No:              URN: M131245
                               Unit No: M000235058
```

EXAMS:
001323019 CT TRAUMA ABD/PELV NO ORAL WIV
 <Continued>

```
         ** Electronically Signed by Thomas Gallagher DO **
         **           on 09/04/2022 at 0313              **
                Reported and signed by: Thomas Gallagher, DO
```

CC: Ali Khairat MD

Dictated Date/Time: 09/04/2022 (0313)
Techs: SHERI STYLIANOPOULOS RT(R) CT
Transcribed Date/Time: 09/04/2022 (0313)
Transcriptionist: DR.GALTH
Electronic Signature Date/Time: 09/04/2022 (0313)
Orig Print D/T: S: 09/04/2022 (0313)
                                       BATCH NO: N/A

PAGE   2                Signed Report

PRINTED BY:JBV1041       DATE 12/1/2022

```
PARKLAND MEDICAL CENTER        Name: CULLINAN,LEO A V
1 PARKLAND DRIVE               Phys: Khairat,Ali MD
DERRY, NH 03038                DOB: 03/31/1988    Age: 34      Sex: M
                               Acct: M63617244611  Loc: M.ERS
 Phone #: 603-432-1500         Exam Date: 09/04/2022 Status: REG ER
   FAX #: 603-421-2015         Rad No:                 URN: M131245
                               Unit No: M000235058
```

EXAMS:
001323013 CT HEAD WO IV CON

   PROCEDURE INFORMATION:
Exam: CT Head Without Contrast
Exam date and time: 9/4/2022 12:04 AM
Age: 34 years old
Clinical indication: Injury or trauma Fall Concussion/head injury
Loss of consciousness not known Patient HX: Nasal swelling
Additional info: L temporal hematoma, injury, n/v

TECHNIQUE:
Imaging protocol: Computed tomography of the head without contrast.
Radiation optimization: All CT scans at this facility use at least
one of these dose optimization techniques: automated exposure
control mA and/or kV adjustment per patient size (includes targeted
exams where dose is matched to clinical indication) or iterative
reconstruction.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Brain: Images of the brain demonstrate no intracranial hemorrhage,
mass-effect or other acute process. No acute intracranial injury.
Cerebral ventricles: No ventriculomegaly.
Paranasal sinuses: Visualized sinuses are unremarkable. No fluid
levels.
Mastoid air cells: Visualized mastoid air cells are well aerated.

Bones/joints: Unremarkable. No acute fracture.
Soft tissues: Left-sided scalp swelling, laceration.

   IMPRESSION:
   1. No acute intracranial process/injury. No fracture.
   2. Left-sided scalp swelling, laceration.

         ** Electronically Signed by Larry S Kessler MD **
         **         on 09/04/2022 at 0032              **
               Reported and signed by: Larry S Kessler, MD

PAGE  1                      Signed Report                   (CONTINUED)

PRINTED BY:JBV1041        DATE 12/1/2022

```
PARKLAND MEDICAL CENTER (COCQC)
EMERGENCY PROVIDER REPORT
REPORT#:0904-0004    REPORT STATUS: Signed
DATE:09/04/22 TIME: 0145

PATIENT: CULLINAN,LEO V                UNIT #:    M000235058
ACCOUNT#: M63617244611         ROOM/BED:
DOB: 03/31/88                  LOCATION: M.ERS
AGE: 34       SEX: M           PCP: NO PRIMARY OR FAMILY
PHYSICIAN
SERVICE DT: 09/03/22           AUTHOR: Khairat,Ali MD
REP SRV DT: 09/04/22           REP SRV TM: 0145
** ALL edits or amendments must be made on the electronic/computer
document **
```

## HPI-Head Prob/Injury

### General
**Initial Greet Date/Time** 09/03/22 2348

### Presentation
**Chief Complaint** Laceration, trauma to head, laceration to left scalp, trauma to abdomen and chest
**Hx Obtained From** Patient
)( **Onset Occurred** Sudden, Today, Just prior to arrival
**Symptom Duration** Since onset, Constant
**Progression since Onset** Constant
**Context of Onset** During fight, initially patient states that a bottle broke causing laceration
**Caused by** Altercation
**Context: Occurred at** Bar
**Location** Parietal region L
**Quality** Throbbing
**Radiation** Does not radiate
**Severity: Onset** Moderate
**Severity: Current** Mild
**Associated with**
Reports: Abdominal pain, Headache, Loss of consciousness (suspected, but unclear).
Denies: Amnesia, Chest pain, Confusion, Disorientation, Dizziness, Fatigue, Incontinence, Insomnia, Lethargy, Mood change, Nausea, Neck pain, Palpitations, Paresthesia, persistent, Paresthesia, transient, Seizure post-accident, Speech abnormal, Visual disturbance, Vomiting, Weakness.
**Associated Other** Pt denies other symptoms
**Exacerbated by** Nothing
**Relieved by** Nothing

## Risk-Head Prob/Injury

Page 1 of 10

```
Patient: CULLINAN,LEO V
Unit#:M000235058
Date: 09/04/22
Acct#:M63617244611
```

staple removal in 7-10 days.

Strict discharge instructions and return precautions discussed, stable at this point for discharge home.

## ED Course
### Medication(s) Ordered
Medication(s) Ordered:
### Central Nervous System Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Oxycodone/ Acetaminophen | 1 UDTAB | X1ED ONE PO | 09/04 0355 09/04 0356 | DC | |
| Oxycodone/ Acetaminophen | 1 UDTAB | X1ED ONE PO | 09/04 0350 09/04 0351 | DC | 09/04 0359 |
| Oxycodone/ Acetaminophen | 1 UDTAB | X1ED ONE PO | 09/04 0150 09/04 0151 | DC | 09/04 0156 |

### Diagnostic Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Iopamidol | 100 ML | .STK-MED ONE IV | 09/04 0248 09/04 0249 | DC | 09/04 0248 |

### Electrolytic, Caloric, And Wat

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Sodium Chloride | 1,000 ML | X1ED ONE IV | 09/04 0350 09/04 0449 | AC | 09/04 0359 |
| Sodium Chloride | 1,000 ML | X1ED ONE IV | 09/04 0305 09/04 0404 | DC | 09/04 0331 |
| Sodium Chloride | 50 ML | .STK-MED ONE IV | 09/04 0247 09/04 0248 | DC | 09/04 0247 |
| Sodium Chloride | 50 EACH | .STK-MED ONE IV | 09/04 0247 09/04 0248 | DC | 09/04 0247 |

### Serums, Toxoids, And Vaccines

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Diphtheria/Tetanus/ Acell Pertussis | 0.5 ML | X1ED ONE IM | 09/03 2355 09/03 2356 | DC | |

Page 8 of 10

```
Patient: CULLINAN,LEO V
Unit#:M000235058
Date: 09/04/22
Acct#:M63617244611
```

| Test | | Value |
|---|---|---|
| RBC (4.40 - 5.90 M/mm3) | | 5.65 |
| Hgb (13.0 - 18.0 g/dL) | | 18.3 H |
| Hct (40.0 - 52.0 %) | | 52.2 H |
| MCV (80.0 - 100.0 fL) | | 92.4 |
| MCH (26.0 - 34.0 pg) | | 32.4 |
| MCHC (32.0 - 36.0 g/dl) | | 35.1 |
| RDW (35.1 - 43.9 fL) | | 43.1 |
| Plt Count (150 - 400 K/mm3) | | 238 |
| MPV (7.4 - 10.4 fL) | | 9.5 |
| Gran % (%) | | 83.7 |
| Lymph % (Auto) (%) | | 7.9 |
| Mono % (Auto) (%) | | 7.3 |
| Eos % (Auto) (%) | | 0.1 |
| Baso % (Auto) (%) | | 0.3 |
| Gran # (1.8 - 8.0 K/mm3) | | 12.82 H |
| Lymph # (Auto) (1.3 - 6.0 K/mm3) | | 1.21 L |
| Mono # (Auto) (0.2 - 0.5 K/mm3) | | 1.11 H |
| Eos # (Auto) (0.1 - 0.3 K/mm3) | | 0.02 L |
| Baso # (Auto) (0.0 - 0.2 K/mm3) | | 0.05 |
| Immature Gran % (%) | | 0.7 |
| Immature Gran # (0.0 - 0.03 K/mm3) | | 0.10 H |
| Toxicology | | |
| Ethyl Alcohol (mg/dl) | | < 3 |

Recent Impressions:
**CAT SCAN - CT FACIAL (MAXILLA) WO IV CON 09/04 0000**
*** Report Impression - Status: SIGNED  Entered: 09/04/2022 0037

IMPRESSION:
Minimal nasal bone fracture particularly on the left side without a significant degree of displacement. Minimal nasal septal deviation, possible nasal septal fracture. Areas of facial, nasal/perinasal, periorbital, forehead soft tissue swelling.
Impression By: DR.KESLA - Larry S Kessler, MD
**CAT SCAN - CT HEAD WO IV CON 09/04 0000**
*** Report Impression - Status: SIGNED  Entered: 09/04/2022 0032

IMPRESSION:
1. No acute intracranial process/injury. No fracture.
2. Left-sided scalp swelling, laceration.
Impression By: DR.KESLA - Larry S Kessler, MD
**RADIOLOGY - RA SHOULDER 2-3 V LT 09/04 0043**
*** Report Impression - Status: SIGNED  Entered: 09/04/2022 0129

```
PRINTED BY:JBV1041        DATE 12/1/2022
```











