UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LEO CULLINAN<br><br>    Plaintiff,<br><br>v.<br><br>CATHOLIC MEDICAL CENTER; GRANITE ONE HEALTH; JOSEPH PEPE, MD; ALAN FLANIGAN, MD; HOLLI HOLBROOK, RN; UNKNOWN "CHARGE NURSE"; LEIGH-ANN ALBANESE, RN; UNKNOWN PATIENT LIASION; STEPHEN SAGE; ALBERTO OYOLA; JAMES DEROCHE; ZAKERY CHIVELL; DANIEL MONTOYA; EDWARD WEEKS; PARKLAND MEDICAL CENTER; ALI KHAIRAT, MD; LARRY KESSLER, MD; MADISON FIASXONARO, MD; THOMAS GALLAGAR, MD; UNKNOWN GALTH, MD; UNKNOWN INTAKE NURSE; MANCHESTER POLICE DEPARTMENT, ALLEN ALDENBERG; AUSTIN BIERY; ROGERIO DIAS; RYAN GARLAND; UNKNOWN NOCELLA; MAX CASTRICAL; AND STEPHEN BATES.<br><br>    Defendants. | Docket No. 1:22-CV-00563 |

## **SUGGESTION OF DEATH**

    We, the attorneys for certain defendants in the above-entitled action, hereby suggest upon the record the death of Plaintiff, Leo Cullinan, on or about June 19, 2023. [Please see Boston Globe article dated June 20, 2023, attached as Exhibit A.]

102852391

                                                Respectfully submitted,

                                                Catholic Medical Center, Granite One Health, Holli Holbrook; Leigh-Ann Albanese; Stephen. Sage; Alberto Oyola; James Deroche; Zackery Chivell; Daniel Montoya; and Edward Wells

Dated: June 21, 2023

                                                MORRISON MAHONEY LLP

                                       By: */s/ William N. Smart*
                                                William N. Smart, #18357
                                                wsmart@morrisonmahoney.com
                                                Erin M. Hoefler, #265356
                                                ehoefler@morrisonmahoney.com
                                                650 Elm Street, Suite 201
                                                Manchester, NH 03101
                                                Phone:   603-622-3400
                                                Fax:      603-622-3466

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 21st day of June 2023 I forwarded a copy of the foregoing via first class mail, portage prepaid, direct to:

| | |
|---|---|
| Leo Cullinan<br>14 Country Club Drive, Apt. 25<br>Manchester, NH 03012<br>**Pro Se Plaintiff**<br><br>And, via ECF only to the following counsel:<br><br>Dona Feeney, Esq.<br>Friedman Feeney, PLLC<br>95 N State St, Ste 5<br>Concord, NH 03301<br>**Counsel for Manchester Police Department, Allen Aldenberg, Austin Biery, Rogerios Dias, Ryan Garland, Brendan Langton, Unknown Nocella, Max Castrical, Stephen Bates** | Joshua D. Hadriaris, Esq.<br>Norman, Hanson & Detroy, LLC<br>Two Canal Plaza<br>PO Box 4600<br>Portland, ME 04112-4600<br>**Counsel for Thomas Gallagher and Larry Kessler**<br><br>Elizabeth Ewing, Esq.<br>Wadleigh Peters Starr<br>95 Market Street<br>Manchester, NH 03101<br>**Counsel for Parkland Medical Center and Ali Khairat** |

                                                */s/ William N. Smart*
                                                William N. Smart

102852391