UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LEO CULLINAN<br><br>    Plaintiff,<br><br>v.<br><br>CATHOLIC MEDICAL CENTER; GRANITE ONE HEALTH; JOSEPH PEPE, MD; ALAN FLANIGAN, MD; HOLLI HOLBROOK, RN; UNKNOWN "CHARGE NURSE"; LEIGH-ANN ALBANESE, RN; UNKNOWN PATIENT LIASION; STEPHEN SAGE; ALBERTO OYOLA; JAMES DEROCHE; ZAKERY CHIVELL; DANIEL MONTOYA; EDWARD WEEKS; PARKLAND MEDICAL CENTER; ALI KHAIRAT, MD; LARRY KESSLER, MD; MADISON FIASXONARO, MD; THOMAS GALLAGAR, MD; UNKNOWN GALTH, MD; UNKNOWN INTAKE NURSE; MANCHESTER POLICE DEPARTMENT, ALLEN ALDENBERG; AUSTIN BIERY; ROGERIO DIAS; RYAN GARLAND; UNKNOWN NOCELLA; MAX CASTRICAL; AND STEPHEN BATES.<br><br>    Defendants. | Docket No. 1:22-CV-00563 |

### NOTICE OF SERVICE PRUSUANT TO COURT ORDER DATED JUNE 21, 2023

    Defendants, Catholic Medical Center and GraniteOne Health (collectively "Defendants"), by and through their attorneys, Morrison Mahoney LLP, respectfully submit that service of process has been made upon Plaintiff's likely representative(s) and successor(s) as described in this Court's Order dated June 30, 2023, stating as follows:

    1.    On June 21, 2023, Defendants filed a Suggestion of Death on the record regarding *pro se* Plaintiff, Leo A. Cullinan.

    2.    On June 30, 2023, this Court ordered that, Defendants "shall identify the person who is plaintiff's representative and the persons who are his likely successors and serve a copy of

103039894

the original complaint in this case, the suggestion of death, and this order on them consistent with Federal Rule of Civil Procedure 4."

3. To date, Defendants have identified the following individuals as likely representative(s) and likely successor(s):

  a. Paul Cullinan (Plaintiff's father);

  b. Lisbeth Wood and Robert Wood (Plaintiff's mother and stepfather);

  c. Jonathan Cullinan (Plaintiff's brother);

  d. Mary Corso (mother of Plaintiff's minor child, Liam); and

  e. Charlena Millette (mother of Plaintiff's minor child, Lucias);

4. On August 9, 2023, the Complaint, Suggestion of Death, and Court Order dated June 30, 2023, were sent to all of the above-named likely representative(s) and successor(s) via First Class Mail and Certified Mail, Return Receipt Requested. (Ex. A – USPS Tracking)

5. On August 11, 2023, the above-reference documents were served upon Mary Corso and Paul Cullinan via Process Server. (Ex. B – Certificates of Service).

6. On August 10, 2023, the above-reference documents were served upon Lizbeth and Robert Wood and Jonathan Cullinan via Process Server. (Ex. C – Certificates of Service).

7. On August 14, 2023, the above-reference documents were served upon Charlena Millette via Process Server. (Ex. D – Certificate of Service).

8. Additional Certificates of Service shall be filed upon receipt.

WHEREFORE, Defendants respectfully requests that this Honorable Court:

A. If no motion to substitute an appropriate person for Plaintiff is filed within 90 days of completed service, dismiss the Complaint, with prejudice, pursuant to Fed. R. Civ. P. 25(a)(1); and

  B. Grant any other relief deemed fair and just.

               Respectfully submitted,

               CATHOLIC MEDICAL CENTER AND
               GRANITE ONE HEALTH

Dated: August 14, 2023        MORRISON MAHONEY LLP

             By: */s/ William N. Smart*
               William N. Smart, #18357
               wsmart@morrisonmahoney.com
               Erin M. Hoefler, #265356
               ehoefler@morrisonmahoney.com
               650 Elm Street, Suite 201
               Manchester, NH 03101
               Phone: 603-622-3400
               Fax: 603-622-3466

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 14th day of August 2023 I forwarded a copy of the foregoing via first class mail, portage prepaid, direct to:

| | |
|---|---|
| Leo Cullinan<br>14 Country Club Drive, Apt. 25<br>Manchester, NH 03012<br>***Pro Se Plaintiff*** | Joshua D. Hadriaris, Esq.<br>Norman, Hanson & Detroy, LLC<br>Two Canal Plaza<br>PO Box 4600<br>Portland, ME 04112-4600 |
| And, via ECF only to the following counsel: | ***Counsel for Thomas Gallagher and Larry Kessler*** |
| Dona Feeney, Esq.<br>Friedman Feeney, PLLC<br>95 N State St, Ste 5<br>Concord, NH 03301<br>***Counsel for Manchester Police Department, Allen Aldenberg, Austin Biery, Rogerios Dias, Ryan Garland, Brendan Langton, Unknown Nocella, Max Castrical, Stephen Bates*** | Elizabeth Ewing, Esq.<br>Wadleigh Peters Starr<br>95 Market Street<br>Manchester, NH 03101<br>***Counsel for Parkland Medical Center and Ali Khairat*** |

              */s/ William N. Smart*
               William N. Smart

103039894