UNITED STATES
DISTRICT COURT DISTRICT
OF NEW HAMPSHIRE

FILED - USDC -NH
2023 NOV 1 AM 11:05

Leo Cullinan                    )
                                )
        v.                      )   Docket NO:
Catholic Medical               )
    Center et al               )   22-CV-00563-LM
                                )
                                )
                                )
                                )

MOTION TO NAME JONATHAN
CULLINAN AS SUCCESSOR TO
LEO CULLINAN DUE TO PLAINTIFF
DEATH.

I, Jonathan Cullinan, hereby
lay claim to LEO CULLINAN'S
Case NO. 22-CV-000563-LM due
to his death

Signed under penalty of perjury

Signed _____

JONATHAN CULLINAN 2010453
Essex County Sheriff's Department
PO BOX 807
20 Manning Avenue, Middleton, MA 01949

Jonathan Cutts

2010453

ESSEX COUNTY
Sherrifs Department
PO Box 807
Middleton, MA
01949-2807

BOSTON MA  020

30 OCT 2023  PM 5  L

USA FOREVER

CLERK OF COURTS
UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET #110
CONCORD NH 03301