UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE

FILED - USDC -NH
2023 NOV 1 AM 11:06

Cullinan v.                     ) Docket No.
                                )
Catholic Medical                ) 22-CV-00563-LM
Center et al                    )
                                )
                                )
                                )

MOTION FOR PRO BONO COUNSEL

PRO SE litigant Leo CULLINAN Died due to his health complications related to this case and his brother is in a Massachusetts county jail without access to any New Hampshire state laws (the designer of this suit) and cannot litigate it due to that, the complexity of the case, mental health disabilities that hinder him, and punitive segregation

WHEREFORE circumstances have changed, Plaintiff re-requests PRO BONO counsel to be appointed

signed under penalty of perjury

10/28/2023

New Address

Jonathan Cullinan
Essex County Sherrif's Department
PO Box 807
20 Manning Avenue
Middleton MA 01949-2807