UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE

FILED - USDC -NH
2023 NOV 1 AM 11:05

| | | |
|---|---|---|
| Leo Cullinan | ) | |
| v | ) | |
| Catholic Medical Center et al | ) | Civil Action No: 22-cv-00563-LM |
| | ) | |

MOTION FOR LEAVE TO CORRECT CATHOLIC MEDICAL CENTER CEO DEFENDANT

Now comes Jonathan Cullinan to move this honorable court to correct CMC CEO and serve Him as a Defendant:

## Alex WALKER

As it has come to Plaintiff's attention it is not Joseph PePe. Plaintiff does not have access to the internet and is incarcerated in Massachusetts Essex County Correctional Facility in Middleton, MA with limited resources, and I am only just now hearing things after losing my brother, who died due to related medical issues, Leo Cullinan.

Signed under penalty of perjury  signed _____
Jonathan Cullinan

2010453
PO Box 807, 20 Manning Avenue
Middleton, MA 01949-2807