UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LEO CULLINAN<br><br>    Plaintiff,<br><br>v.<br><br>CATHOLIC MEDICAL CENTER; GRANITE ONE HEALTH; JOSEPH PEPE, MD; ALAN FLANIGAN, MD; HOLLI HOLBROOK, RN; UNKNOWN "CHARGE NURSE"; LEIGH-ANN ALBANESE, RN; UNKNOWN PATIENT LIASION; STEPHEN SAGE; ALBERTO OYOLA; JAMES DEROCHE; ZAKERY CHIVELL; DANIEL MONTOYA; EDWARD WEEKS; PARKLAND MEDICAL CENTER; ALI KHAIRAT, MD; LARRY KESSLER, MD; MADISON FIASXONARO, MD; THOMAS GALLAGAR, MD; UNKNOWN GALTH, MD; UNKNOWN INTAKE NURSE; MANCHESTER POLICE DEPARTMENT, ALLEN ALDENBERG; AUSTIN BIERY; ROGERIO DIAS; RYAN GARLAND; UNKNOWN NOCELLA; MAX CASTRICAL; AND STEPHEN BATES.<br><br>    Defendants. | Docket No. 1:22-CV-00563 |

## NOTICE OF WITHDRAWAL

TO THE CLERK AT THE ABOVE-NAMED COURT, and all parties of record:

Kindly enter my withdrawal as counsel for Defendants, Catholic Medical Center, Granite One Health, Holli Holbrook, RN and Leigh-Ann Albanese, RN, Stephen Sage, Alberto Oyola, James Deroche, Zackery Chivell, Daniel Montoya, and Edward Wells.

103468320

Respectfully submitted,

MORRISON MAHONEY LLP

Dated: November 22, 2023

By: */s/ Erin M. Hoefler*
Erin M. Hoefler, #265356
ehoefler@morrisonmahoney.com
650 Elm Street, Suite 201
Manchester, NH 03101

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March 2024 I forwarded a copy of the foregoing via first class mail, portage prepaid, direct to:

Leo Cullinan
14 Country Club Drive, Apt. 25
Manchester, NH 03012

Jonathan Cullinan
2010453
Billerica House of Correction
269 Treble Cove Road
Billerica, MA 01862

And, via ECF only to all counsel of record.

*/s/ Erin M. Hoefler*
Erin M. Hoefler

103468320