UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Leo A. Cullinan

    v.                                                Case No. 22-cv-563-LM-AJ

Catholic Medical Center et al.

ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 15, 2025 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The motions to extend time (documents 43 and 46) and the motion to substitute (document 42) are denied. The case is dismissed. The clerk shall enter judgment and close this case.

                                                                _____
                                                                 Landya B. McCafferty
                                                                 United States District Judge

Date: March 7, 2025

cc:    Jonathan Cullinan, pro se
        Counsel of Record