```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Leo A. Cullinan

    v.                                    Case No. 22-cv-563-LM-AJ

Catholic Medical Center et al.

## JUDGMENT

In accordance with the order by Chief Judge Landya B. McCafferty dated March 7, 2025, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 15, 2025, judgment is hereby entered.

                                              By the Court:

                                              /s/ Daniel J. Lynch
                                              Daniel J. Lynch
                                              Clerk of Court

Date: March 7, 2025


cc: Jonathan Cullinan, pro se
    Counsel of Record